In the Matter of the Application of PATRICK WALLACE, as Guardian ad Litem of JAMES WALLACE, an Infant, Respondent, to Compel JACOB M. BIRNBAUM, an Attorney, Appellant, to Pay Over Certain Money.

*Matter of Wallace;* 105 App. Div. 642, affirmed.
(Argued October 4, 1905; decided October 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 13, 1905, which affirmed an order of Special Term directing the appellant herein to pay to the petitioner certain moneys collected by said appellant as attorney for said petitioner and retained by him.

*Emanuel Jacobus* for appellant.

*Herbert Peake* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.